1

2

3

4

5

6

7

8                      **UNITED STATES DISTRICT COURT**

9                      **CENTRAL DISTRICT OF CALIFORNIA**

10

11   STEPHEN MOORER,              )    CASE NO. CV 09-05974 RGK (SS)
                                   )
12                 Petitioner,     )         **JUDGMENT**
                                   )
13          v.                     )
                                   )
14   CAPTAIN G. ROSALES, et al.,   )
                                   )
15                 Respondents.    )
                                   )
16   _____)

17

18        Pursuant to the Court's Order Adopting Findings, Conclusions and

19   Recommendations of United States Magistrate Judge,

20

21        IT IS HEREBY ADJUDGED that the above-captioned action is dismissed

22   without prejudice.

23

24        DATED:   September 15, 2009

25                                     _____

26                                     R. GARY KLAUSNER
                                       UNITED STATES DISTRICT JUDGE

27

28